**Norman Gale HICKS, Respondent.**

v.

**Karen Adele BRAXTON, Appellant.**

**No. WD 49188.**

Missouri Court of Appeals,
Western District.

April 11, 1995.

Gary Lee Stamper, Columbia, for appellant.

C. Christy Barton, Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM.

Karen Adele Braxton appeals the trial court's termination of its order that her former husband pay her $800 a month in maintenance. We affirm. Because we do not discern any precedential value in publishing an opinion, we issue this summary order. Rule 84.16(b).

**David Mark CHESNUT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49626.**

Missouri Court of Appeals,
Western District.

April 11, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and BERREY and ULRICH, JJ.

### ORDER

PER CURIAM:

Appellant appeals the denial of his Rule 24.035 motion.

Affirmed. Rule 84.16(b).